**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **KELLSTROM INTEGRATION SOLUTIONS, LLC,**<br><br>Plaintiff,<br><br>**v.**<br><br>**SIEMENS PLM SOFTWARE, INC., et al.**<br><br>Defendants. | Case No. 6:10-cv-355<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff hereby dismisses all claims against TESIS Plmware USA, LLC without prejudice. TESIS Plmware USA, LLC has not filed an answer or motion for summary judgment in this matter.

DATED: November 2, 2010

Respectfully submitted,

**THE SIMON LAW FIRM, PC**

/s/ Timothy E. Grochocinski

Timothy E. Grochocinski
Anthony G. Simon
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
teg@simonlawpc.com
asimon@simonlawpc.com

Craig Tadlock
TADLOCK LAW FIRM PLLC
400 E. Royal Lane, Suite 290
Irving, Texas 75039
P. 214.785.6014
craig@tadlocklawfirm.com

and

315 N. Broadway, Suite 307
Tyler, Texas 75702
P. 903.283.2758

***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via the court's CM/ECF system on November 2, 2010

/s/ Timothy E. Grochocinski
Timothy E. Grochocinski